17412.    THORNTON *v*. THE STATE.

BLOODWORTH, J.    1. Certain testimony which consisted of several sentences was objected to en bloc, and at least a portion of it was admissible. "Where evidence is offered and objected to, and a portion thereof is admissible and a part objectionable, unless the illegal portion is specified and properly objected to, the whole will be admitted." *City of Atlanta* v. *Sciple*, 19 *Ga. App.* 694 (3), 698 (92 S. E. 28), and cit. The foregoing ruling disposes of the first special ground of the motion for a new trial.

2. The fact that three of the jurors were members of the grand jury that found the bill against the accused is not cause for a new trial. The accused and his counsel, by the exercise of due diligence, could have discovered this fact before the jury was impaneled. *Cason* v. *State*, 23 *Ga. App.* 540 (5) (99 S. E. 61); *Jones* v. *State*, 95 *Ga.* 497 (20 S. E. 211).

3. The verdict was abundantly supported by the evidence.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 13, 1926.

Possessing intoxicating liquor; from Elbert superior court—Judge W. L. Hodges.    April 23, 1926.

---

Criminal Law, 16 C. J. p. 878, n. 35; p. 1157, n. 72; p. 1158, n. 73.

*J. T. Sisk,* for plaintiff in error.

*A. S. Skelton, solicitor-general,* contra.